AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| KŌLOA RUM COMPANY, <br> *Plaintiff* | ) <br> ) | |
| v. | ) | Case No. 1:25-cv-00554-JEB |
| KRISTI NOEM, et al. <br> *Defendant* | ) <br> ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kōloa Rum Company.

Date: 02/28/2025

/s/ Joshua W. Polk
*Attorney's signature*

Joshua W. Polk, Cal. Bar No. 329205
*Printed name and bar number*

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
*Address*

JPolk@pacificlegal.org
*E-mail address*

(916) 419-7111
*Telephone number*

(916) 419-7747
*FAX number*