AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| KOLOA RUM COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00554-JEB |
| KRISTI NOEM, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor Matson Navigation Company, Inc.

Date: 04/11/2025

/s/ Miguel A. Estrada
*Attorney's signature*

Miguel A. Estrada (D.C. Bar No. 456289)
*Printed name and bar number*

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
*Address*

MEstrada@gibsondunn.com
*E-mail address*

(202) 955-8500
*Telephone number*

(202) 467-0539
*FAX number*