IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOLOA RUM COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>        Defendants. | Case No. 1:25-cv-00554-JEB |

**NOTICE OF MOTION OF MATSON NAVIGATION COMPANY, INC.
TO INTERVENE IN SUPPORT OF DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 24(a) and (b) and Local Rule 7(j), Matson Navigation Company, Inc. ("Matson") respectfully moves to intervene in support of Defendants in the above-captioned case. Matson submits the accompanying memorandum, declaration, proposed answer, and proposed order in support of this Motion.

Pursuant to Local Rule 7(m), Matson has conferred with counsel for Plaintiffs and Defendants. Counsel for Plaintiff stated it opposes the Motion. Counsel for Defendants did not confirm their position on the requested relief as of the time of filing.

Dated: April 11, 2025               Respectfully submitted,

/s/ *Miguel A. Estrada*
Miguel A. Estrada (DC Bar No. 456289)
Lucas C. Townsend (DC Bar No. 1000024)
Amalia Reiss (DC Bar No. 241775)
Eric Brooks* (DC Bar No. 1660507)
Noah J. Delwiche* (DC Bar No. 90027464)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com
LTownsend@gibsondunn.com
AReiss@gibsondunn.com
EBrooks2@gibsondunn.com
NDelwiche@gibsondunn.com

*Application for admission pending.

Rachel S. Brass (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200
RBrass@gibsondunn.com

*Counsel for Proposed Intervenor*
*Matson Navigation Company, Inc.*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2025, I caused a copy of the foregoing document to be served on all parties through the Court's CM/ECF system.

                                  /s/ *Miguel A. Estrada*
                                  Miguel A. Estrada (DC Bar No. 456289)