IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOLOA RUM COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>        Defendants. | Case No. 1:25-cv-00554-JEB |

**DECLARATION OF MATTHEW J. COX IN SUPPORT OF
MOTION OF MATSON NAVIGATION COMPANY, INC.
TO INTERVENE IN SUPPORT OF DEFENDANTS**

I, the undersigned, Matthew J. Cox, do hereby depose and state as follows:

1. I am the Chairman and Chief Executive Officer of Matson Navigation Company, Inc. ("Matson").

2. I have personal knowledge of the contents of this Declaration. I have worked at Matson since 2001 in various roles, including as Senior Vice President and Chief Financial Officer, Executive Vice President and Chief Operating Officer, and President.

3. Matson is headquartered in Honolulu, Hawaii, and is currently the largest carrier of ocean cargo between the U.S. mainland and Hawaii.

4. Matson has over 140 years of experience and investments in domestic trade with Hawaii. That legacy began in 1882, when Captain William Matson sailed his three-masted schooner from San Francisco, California to Hilo, Hawaii. Over the next few decades, Captain

Matson expanded his fleet to over a dozen passenger-freight vessels that served Hawaii's nascent tourism industry. For the next hundred years, Matson's fleet grew exponentially as the company built luxury liners and heavily invested in tourism in Hawaii, transported American troops and military cargo in both World War I and World War II while also providing service to Hawaiian civilians, and transformed into the modern containership operation that it is today.

5. Throughout its history, Matson has remained committed to building, owning, crewing, and operating vessels in the United States.

6. Today, Matson is the largest Jones Act container carrier in the United States. The majority of Matson's fleet is made up of U.S.-flagged and Jones Act-qualified vessels that operate in Matson's transpacific and domestic services.

7. Matson currently owns 17 and charters 1 Jones Act-qualified vessels and employs over 4,300 individuals. Matson is an industry leader in on-time arrivals, reliability, and customer service.

8. A substantial portion of Matson's revenue in Jones Act-compliant shipping derives from coastwise trade with Hawaii. With limited exceptions, "coastwise trade" refers to any trade between points in the United States, including its island territories and possessions. Matson's Hawaii service offers ocean carriage between the ports of Long Beach and Oakland, California; Tacoma, Washington; and Honolulu, Hawaii. Matson owns a 35 percent interest in a joint venture, SSA Terminals, LLC, that operates exclusive use terminals for Matson in Long Beach, Oakland, and Tacoma to help ensure the timely unloading of goods for Hawaii. Matson also operates a network of inter-island barges that provide connecting services from its hub at Honolulu to other major Hawaii ports on the islands of Hawaii, Maui, and Kauai.

9. In 2024, Matson's total ocean transportation revenues were approximately $2.8 billion, approximately fifty percent of which came from Hawaii and Alaska tradelanes subject to the Jones Act.

10. Matson has heavily invested for over a century in Jones Act-compliant coastwise trade.

11. For example, beginning in 2002, Matson invested over $500 million for four new containerships to expand coastwise shipping services, including to Honolulu. From roughly 2013-2020, Matson invested an additional approximately $1 billion—which it has not yet fully recovered—to build two containerships and two combination container and roll-on/roll-off vessels.

12. More recently, Matson invested in constructing three new Jones Act-compliant vessels, which will bolster service between Hawaii and the U.S. mainland, to be delivered in 2027 and 2028. Construction began in September 2024. The initial contract cost of these new vessels is approximately $1 billion. In 2017, Matson also began a $60 million renovation and expansion program at its terminal facility at Sand Island, Honolulu in preparation for the new ships.

13. In addition, as a complement to its fleet of vessels and barges, Matson owns a variety of equipment including terminal cranes and equipment, containers, chassis and other property representing an investment of approximately $900 million as of December 31, 2024.

14. Matson's substantial investments in its fleet of Jones Act-compliant vessels and supporting infrastructure and equipment were made in reliance on and in expectation of the continuing enforcement of the Jones Act.

15. Matson's interests would be significantly injured if the Jones Act were invalidated as to coastwise trade between Hawaii and the U.S. mainland. Foreign ships typically can be built

and operated at lower costs, because of factors including looser environmental and safety regulations, foreign-government subsidies, exemption from U.S. taxes, and lower labor costs. If the Jones Act could no longer be enforced, Matson's U.S.-built and U.S.-crewed vessels might immediately be at a competitive disadvantage to carriers that operate foreign-built and foreign-subsidized vessels. And this harm would not be localized to Hawaii, because Matson's Jones Act-compliant vessels serve ports throughout the Pacific. Moreover, the infrastructure that Matson has built to serve its Jones Act-compliant vessels—such as cranes and terminal facilities—might no longer be useful. Matson would be unable to recover the substantial investments that it has made for over a century—and continues to make—in reliance on the Jones Act.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2025

_____
Matthew J. Cox
Chairman and Chief Executive Officer,
Matson Navigation Company, Inc.