IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOLOA RUM COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>        Defendants. | Case No. 1:25-cv-00554-JEB |

### [PROPOSED] ORDER GRANTING THE MOTION OF MATSON NAVIGATION COMPANY, INC. TO INTERVENE IN SUPPORT OF DEFENDANTS

Having considered the Motion of Matson Navigation Company, Inc. ("Matson") to intervene in support of Defendants, and any objections thereto, it is hereby **ORDERED** that:

1. I find that all the requirements of Federal Rule of Civil Procedure 24(a) are met, and in any event, all the requirements of Federal Rule of Civil Procedure 24(b) are met as well.

2. I also find that the Motion establishes that Matson has standing under Article III of the Constitution for the reasons given in the Motion.

3. The Motion of Matson to intervene in support of Defendants is therefore **GRANTED**.

4. Consistent with the Motion, Matson shall comply with all deadlines to be set in this matter.

        **SO ORDERED.**

ENTERED this ____ day of _____, 2025.

                                              _____
                                              JAMES E. BOASBERG
                                              United States District Judge

**LOCAL RULE 7(K) LIST OF PERSONS TO BE NOTIFIED OF ENTRY OF PROPOSED ORDER GRANTING THE MOTION OF MATSON NAVIGATION COMPANY, INC. TO INTERVENE IN SUPPORT OF DEFENDANTS**

Pursuant to LCvR 7(k), the following persons are entitled to be notified of entry of the foregoing Proposed Order:

>Miguel A. Estrada (D.C. Bar No. 456289)
>Lucas C. Townsend (D.C. Bar No. 1000024)
>Amalia Reiss (D.C. Bar No. 241775)
>Eric Brooks* (D.C. Bar No. 1660507)
>Noah J. Delwiche* (D.C. Bar No. 90027464)
>GIBSON, DUNN & CRUTCHER LLP
>1700 M Street, N.W.
>Washington, D.C. 20036-4504
>(202) 955-8500
>MEstrada@gibsondunn.com
>LTownsend@gibsondunn.com
>AReiss@gibsondunn.com
>EBrooks2@gibsondunn.com
>NDelwiche@gibsondunn.com
>*Application for admission pending.
>
>Rachel S. Brass (*pro hac vice* forthcoming)
>GIBSON, DUNN & CRUTCHER LLP
>One Embarcadero Center, Suite 2600
>San Francisco, CA 94111-3715
>(415) 393-8200
>RBrass@gibsondunn.com
>
>*Counsel for Proposed Intervenor*
>*Matson Navigation Company, Inc.*
>
>Anastasia P. Boden
>Joshua Polk
>Joshua P. Thompson
>PACIFIC LEGAL FOUNDATION
>555 Capitol Mall
>Suite 1290
>Sacramento, CA 95814-4605
>916-419-7111
>ABoden@pacificlegal.org
>jpolk@pacificlegal.org
>jthompson@pacificlegal.org
>*Counsel for Plaintiff Koloa Rum Company*