IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOLOA RUM COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>        Defendants. | Case No. 1:25-cv-00554-JEB |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel of record for Matson Navigation Company, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Matson Navigation Company, Inc. which have any outstanding securities in the hands of the public:

      Matson, Inc.

      These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 11, 2025                    Respectfully submitted,

/s/ *Miguel A. Estrada*
Miguel A. Estrada (DC Bar No. 456289)
Lucas C. Townsend (DC Bar No. 1000024)
Amalia Reiss (DC Bar No. 241775)
Eric Brooks* (DC Bar No. 1660507)
Noah J. Delwiche* (DC Bar No. 90027464)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com
LTownsend@gibsondunn.com
AReiss@gibsondunn.com
EBrooks2@gibsondunn.com
NDelwiche@gibsondunn.com

*Application for admission pending.

Rachel S. Brass (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200
RBrass@gibsondunn.com

*Counsel for Proposed Intervenor*
*Matson Navigation Company, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I caused a copy of the foregoing document to be served on all parties through the Court's CM/ECF system.

/s/ *Miguel A. Estrada*
Miguel A. Estrada (DC Bar No. 456289)