IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KŌLOA RUM COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00554- JEB |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO INTERVENE**

Defendants respectfully request a modest extension to respond to the motion to intervene filed by prospective intervenor Matson Navigation Company, Inc. (Matson) on Friday, April 11, 2025 (ECF No. 15). The current deadline for Defendants to respond to the motion is April 25, 2025; the current deadline for Plaintiff to respond to the motion is May 2, 2025. *See* Minute Order, April 18, 2025 (extending Plaintiff's time to respond by 7 days). Defendants request an extension of their deadline to respond until May 13, 2025. Defendants have conferred with Matson's counsel and Matson does not oppose this extension. In support of this motion, Defendants submit the following:

1. Defendants were served on March 13, 2025, and the time to file a Rule 12 response has not yet ripened.

2. Undersigned counsel has just been assigned to this case and needs time to familiarize himself with the issues in order to respond to Matson's motion.

3. Undersigned counsel has pre-planned vacation scheduled for the week starting May 5, 2025.

4. This extension will not result in undue delay of proceedings. No party will be prejudiced

by the requested relief.

Therefore, Defendants request that the Court grant this motion for an extension of time to respond to Matson's Motion to Intervene. A proposed order granting Defendants' requested relief accompanies this motion.

Dated:  April 25, 2025                                   Respectfully submitted,

                                                         YAAKOV M. ROTH
                                                         Acting Assistant Attorney General

                                                         JOSEPH E. BORSON
                                                         Assistant Branch Director

                                                         */s/ Robert W. Meyer*
                                                         ROBERT W. MEYER
                                                         Trial Attorney (NY Bar No. 5942842)
                                                         United States Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         1100 L Street, N.W.
                                                         Washington, D.C. 20005
                                                         Tel.:   (202) 305-0872
                                                         Email:  Robert.W.Meyer@usdoj.gov

                                                         *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I caused a copy of the foregoing document to be served on all parties through the Court's CM/ECF system.

/s/ *Robert W. Meyer*
Robert W. Meyer