IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KŌLOA RUM COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00554-JEB |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants respectfully request an extension of the deadline to respond to Plaintiff's complaint. The current deadline for Defendants to answer or respond to Plaintiff's complaint is May 12, 2025. Defendants request an extension of the deadline for any party to answer or respond to Plaintiff's complaint, until 30 days after the Court rules on Matson's pending motion to intervene. *See* ECF No. 15. Defendants have conferred with counsel for Matson and counsel for Plaintiff and neither Plaintiff nor Matson opposes this extension. In support of this motion, Defendants submit the following:

1. Defendants were served on March 13, 2025, and must answer or respond to Plaintiff's complaint by May 12, 2025.

2. Undersigned counsel has just been assigned to this case and needs time to familiarize himself with the issues in order to respond to Plaintiff's complaint.

3. Undersigned counsel has pre-planned vacation scheduled for the week starting May 5, 2025.

4. Matson has moved to intervene, and Matson's motion is unlikely to be ruled upon by May 12, 2025.

5. It would simplify proceedings for the parties to defer all deadlines to answer or respond to Plaintiff's complaint until after the Court rules on Matson's pending motion to intervene, *see* LCvR 7(j), and to put all parties on the same schedule for answering or responding to Plaintiff's complaint.

6. This extension will not result in undue delay of proceedings. No party will be prejudiced by the requested relief.

Therefore, Defendants request that the Court grant this motion for an extension of time for any party to answer or respond to Plaintiff's complaint. A proposed order granting Defendants' requested relief accompanies this motion.

Dated: April 30, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Robert W. Meyer*
ROBERT W. MEYER
Trial Attorney (NY Bar No. 5942842)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:   (202) 305-0872
Email: Robert.W.Meyer@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I caused a copy of the foregoing document to be served on all parties through the Court's CM/ECF system.

/s/ *Robert W. Meyer*
Robert W. Meyer
