IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KŌLOA RUM COMPANY,<br><br>        Plaintiff,<br><br> v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>        Defendants. | Case No. 1:25-cv-00554-JEB<br><br>Hon. James E. Boasberg |

**NOTICE OF AMERICAN MARITIME PARTNERSHIP AND MARITIME TRADES DEPARTMENT OF THE AFL-CIO'S MOTION TO INTERVENE IN SUPPORT OF DEFENDANTS**

  Pursuant to Federal Rule of Civil Procedure 24(a) and (b) and Local Civil Rule 7(j), the American Maritime Partnership ("AMP") and Maritime Trades Department of the AFL-CIO ("MTD") respectfully move to intervene in support of Defendants in the above-captioned case. AMP and MTD submit the accompanying memorandum, the declarations of Jennifer Carpenter, George W. Pasha, IV, Matthew Paxton, and David Heindel, a proposed answer, and a proposed order granting this motion.

  Pursuant to Local Rule 7(m), counsel for AMP and MTD conferred with counsel for the parties who indicated that Plaintiff and Defendants oppose this motion.

1

Respectfully submitted,

K&L GATES LLP

By: *s/ J. Timothy Hobbs*
J. Timothy Hobbs (DC Bar No. 976470)
Tim.Hobbs@klgates.com
501 Commerce Street, Suite 1500
Nashville, TN 37203
Telephone: (615) 514-1811
Facsimile: (206) 623-7022

Varu Chilakamarri (DC Bar No. 90023656)
Varu.Chilakamarri@klgates.com
1601 K Street NW
Washington, DC 20006
Telephone: (202) 778-9165
Facsimile: (202) 778-9100

*Attorneys for American Maritime Partnership and Maritime Trades Department of the AFL-CIO*