UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOLOA RUM COMPANY,<br><br>                                 Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETER FLORES, in his official capacity as Acting Administrator of U.S. Customs and Border Protection,<br><br>                               Defendants. | No.   1:25-cv-00554-JEB<br><br>DECLARATION OF GEORGE W. PASHA, IV IN SUPPORT OF THE AMERICAN MARITIME PARTNERSHIP'S MOTION TO INTERVENE |

George W. Pasha, IV declares under penalty of perjury the following:

      1.      My name is George W. Pasha, IV. I am the President and Chief Executive Officer of Pasha Hawaii Holdings, LLC ("Pasha Hawaii"), a Hawaii limited liability company headquartered in Honolulu, Hawaii. I am over the age of eighteen years, have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

      2.      Pasha Hawaii is a member of American Maritime Partnership ("AMP") and submits this declaration in support of AMP's motion to intervene in the above captioned litigation.

      3.      Pasha Hawaii is a wholly owned subsidiary of The Pasha Group, a family owned and operated business that was founded by my grandfather George Pasha, Jr. In its earliest days, the company stored vehicles for service members deploying overseas and to Hawaii during World War II. Today The Pasha Group is a worldwide transportation and logistics company with decades of experience in point-to-point logistics, terminal operations, distribution management and information tracking systems. We are a leading specialist in the relocation movements of military and government employees and in global cargo and logistics transport. Through all these changes, Pasha remains a family business and our ties and commitments to U.S. military servicemembers remains a core value of our business. At the same time, our bond

with Hawaii has grown and our commitment to the people of Hawaii has been demonstrated by our continually expanded service and decades of investment.

4. Pasha Hawaii is currently operating five vessels in service between California and Hawaii. Each one of these vessels is U.S.-owned, U.S.-crewed, U.S.-flagged, and U.S.-built, and is therefore qualified under the Merchant Marine Act of 1920 (the "Jones Act") to transport merchandise between points in the United States.

5. Pasha Hawaii's investment in Jones Act qualified vessels began in 1999, when we recognized the need for new and competitive service for the movement of vehicles between the U.S. Pacific Coast and Hawaii. To meet that need, we began construction of the first pure car carrier to be built in a U.S. shipyard. The M/V JEAN ANNE, which was specifically designed for trade between Hawaii and the U.S. Pacific Coast, launched in 2005.

6. In order to increase service offerings to Hawaii, Pasha next invested in a new combination container ship and car carrier. Like the JEAN ANNE, the M/V MARJORIE C was constructed in VT Halter Marine shipyard in Mississippi and launched in 2015, shortly after the 10th anniversary of JEAN ANNE's maiden voyage.

7. In May 2015, Pasha Hawaii completed its acquisition of Horizon Lines Inc.'s Hawaiian trade lane business and assets, ensuring that the people of Hawaii would continue to have access to a competitive market for ocean transportation services to and from the U.S. mainland following Horizon's departure from the market. This investment included the addition of four U.S. built containerships, along with additional operations infrastructure to support the Hawaii business, including a drayage trucking company, Sea-Logix, in California and marine terminal operations, Hawaii Stevedores, in Honolulu.

8. Most recently, Pasha Hawaii completed its largest investment yet, investing $500 million in the construction of two new containerships in Brownsville, Texas. Named for my parents, the M/V GEORGE III and M/V JANET MARIE launched in 2022 and 2023 respectively, operating on LNG fuel from day one.

9. Following the addition of the two new LNG vessels, Pasha Hawaii undertook to

convert two of the vessels acquired from Horizon from steam power to modern dual fuel (marine diesel and LNG), a first of its kind transition allowing the vessels to continue to serve Hawaii with modern technologies. The first repowering, on the newly renamed M/V GEORGE II, was completed in 2024 and the second is expected to be completed next year.

10. In addition to our investment in vessels, Pasha has partnered with the State of Hawaii to construct a brand-new state of the art marine terminal, Kapalama Container Terminal ("KCT"), to support cargo operations. KCT, expected to open in 2026, will provide an additional 1,800 feet of berth space, easing congestion in Honolulu and will feature modern resilient energy capabilities, allowing the terminal to continue operating during power disruptions.

11. In all, Pasha has invested more than a billion dollars on U.S. built vessels and the operational assets needed to support them. These investments have been made in compliance with the Jones Act and in reliance on continued enforcement of the Act. If foreign built, owned, or operated vessels were permitted to carry cargo between the U.S. mainland and Hawaii, those vessels would have a competitive advantage over Pasha Hawaii due to both the cost of the vessels as well as their operating costs.

12. Pasha Hawaii's ships are exclusively operated in the U.S.-Hawaii trade. Our entire business model would therefore be upended by any invalidation of the Jones Act. Indeed our good faith reliance on and compliance with existing laws would be rendered meaningless. Any invalidation of the Jones Act would also devalue Pasha Hawaii's vessels, which were constructed in U.S. shipyards to U.S. standards for the U.S. coastwise trade. The value of our vessels is not only in the steel with which they were constructed, but in their qualification to operate in the U.S. coastwise trade. If any foreign vessel could operate in that trade as a result of the Jones Act being struck down, the market value of our vessels would significantly drop. In addition, Pasha Hawaii's vessels were constructed specifically for the transportation of merchandise between Hawaii and the U.S. Pacific Coast (for example, we designed the holds for more 45-foot containers and refrigerated containers than typical foreign flagged vessels). Even if the court only struck down the Jones Act for purposes of the Hawaii trade, our vessels would still

DECLARATION OF GEORGE W. PASHA, IV - 3

K&L GATES LLP
1601 K STREET NW
WASHINGTON, D.C. 20006
TELEPHONE: (202) 778-9000

be devalued and our business would be adversely affected.

13. Pasha Hawaii is proud to operate its fleet of U.S.-owned, U.S.-crewed, U.S.-flagged, and U.S.-built vessels. The creation and expansion of Pasha Hawaii's business have contributed to the nation's shipbuilding capacity, and to the supply of vessels and crewmembers that are available for national defense or in a time of national emergency. Having been borne out of the conflict of World War II and specifically in Hawaii, Pasha Hawaii is proud of its American legacy and its contributions to a strong U.S. maritime industry. It is likewise proud of its commitment and strong ties to the people of Hawaii.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED on __April 25__, 2025.

By: ___/s/ George Pasha___
George W. Pasha, IV