UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KŌLOA RUM COMPANY,<br><br>                           Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>                           Defendants. | Civil Action No. 1:25-cv-554 |

**DECLARATION OF MATTHEW PAXTON IN SUPPORT OF
AMERICAN MARITIME PARTNERSHIP'S MOTION TO INTERVENE**

1. My name is Matthew Paxton. I am the President of the Shipbuilders Council of America. I have been actively involved with the maritime shipbuilding industry for 24 years. I am over the age of eighteen years, have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. The Shipbuilders Council of America ("SCA") is a member of the American Maritime Partnership ("AMP") and submits this declaration in support of AMP's motion to intervene in the above captioned litigation.

3. SCA is a national trade association for the U.S. shipyard industry, representing over 140 companies that build, repair, maintain, modernize and supply the U.S. shipyard industry. Established in 1920, SCA was created to support the commercial and military maritime industry. A proud member of AMP, SCA represents companies and shipyards owned and operated across the United States, including facilities on all three U.S. seacoasts, the Great Lakes, the inland waterways system, Alaska, and Hawaii. SCA's mission is to support and promote the American shipyard industry – including shipbuilders, ship repairers, and the associated supplier base – by

DECLARATION OF MATTHEW PAXTON - 1

providing strategic information and expertise for SCA members and advocating on their behalf before Congress, the Executive Branch, and the media.

4.      The U.S. shipyard industry is diverse and operates in several sectors, including new construction as well as repair and modernization of both government and commercial vessels. According to data from the U.S. Maritime Administration ("MARAD") that I have reviewed, there are 120 active shipyards in the United States spread across 27 states, with shipyard-related and induced jobs touching all 50 states.

5.      Central to SCA's mission is our support of Section 27 of the Merchant Marine Act of 1920 (known as the "Jones Act").  SCA strongly supports the Jones Act, as well as policies and programs that promote domestic manufacturing, specifically for the inland tug and barge industry, offshore oil and gas development, offshore renewable energy development, the non-contiguous domestic trades, and America's commercial fishing fleets.  The Jones Act supports a robust shipbuilding industrial base that helps ensure the U.S. maintains its expertise in shipbuilding and ship repair that can be utilized in time of war or national emergency. The U.S. shipyard industry delivered more than 900 vessels in 2023-2024 , which represented more than $9.9 billion in labor income and $12.2 billion in gross domestic product to the national economy.

6.      U.S. shipyards build some of the most technologically advanced vessels in the world.  For example, the world's first LNG-powered containership was built in the United States and is now serving the Puerto Rico trade.  Our shipyards also build world-class offshore service vessels for oil and gas exploration, offshore wind development and production and vessels of all types for the Coast Guard, and the most advanced and lethal fleet for the United States Navy.  These technological advancements were made possible by the regime established by the Jones Act.

DECLARATION OF MATTHEW PAXTON - 2

7. The Jones Act has governed the U.S. domestic waterborne commerce industry for over 100 years. As such, SCA members' investments in their U.S. shipyards, developing their military and commercial customer bases, and hiring and training shipyard workers, have been made in compliance with the Jones Act and in reliance on continued enforcement of the Act. If foreign built, owned, or operated vessels were permitted to carry cargo between the U.S. points, including the U.S. mainland and Hawaii, foreign shipyards would have a competitive advantage over SCA members. Foreign shipyards often receive significant subsidies and other advantages from their governments. In fact, a January 2025 Report on China's Targeting of the Maritime, Logistics, and Shipbuilding Sectors for Dominance performed by the United States Trade Representative,[1] stated: "In sum, unfair, non-market government financial support accruing to the shipbuilding and related industries facilitates and continues to ensure China's targeting and dominance of these sectors," and concluded that China's targeting of the maritime, logistics, and shipbuilding sectors for dominance are "unreasonable" and "burdens and restricts U.S. commerce." As such, permitting foreign-built vessels to operate in domestic trades including in Hawaii would harm SCA members who have relied on the Jones Act regime.

8. SCA members presently have contracts to build Jones Act qualified vessels by U.S.-flag operators. Some of these vessels are under construction right now, and others are scheduled for delivery in the future. For example, one member of SCA, the Hanwha Philly Shipyard in Philadelphia, PA, is presently under contract to build Jones Act qualified vessels for one customer serving the Great Lakes and another customer serving the Hawaii trade. Another SCA member, the Keppel AmFELS shipyard in Brownsville, TX, is presently under contract to build a Jones Act qualified hopper dredge for a customer that will engage the vessel in support of the

---

[1] This report is available at:
https://ustr.gov/sites/default/files/enforcement/301Investigations/USTRReportChinaTargetingMaritime.pdf

DECLARATION OF MATTHEW PAXTON - 3

U.S. Army Corps of Engineers' mission of keeping the marine transportation highway open throughout the United States. If a court were to invalidate the Jones Act, the viability of the member shipyards of SCA, the shipyard workers who are employed at those yards, and the economic, transportation, and national security contributions generated by those shipyards would all be in jeopardy.

9.     Since its inception, SCA has strongly supported the Jones Act regime, and its members have relied on the protections afforded therein. SCA is proud of its American legacy and its contributions to a strong U.S. maritime industry. SCA strongly supports the Jones Act, and opposes any efforts to modify or vacate it, or limit its application.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED on May 20, 2025.

By: _/s/ Matthew Paxton_
MATTHEW PAXTON