UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KŌLOA RUM COMPANY,<br><br>                     Plaintiff,<br><br>       v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>                     Defendants. | Civil Action No. 1:25-cv-554 |

## DECLARATION OF DAVID HEINDEL IN SUPPORT OF AMERICAN MARITIME PARTNERSHIP AND MARITIME TRADES DEPARTMENT OF THE AFL-CIO'S JOINT MOTION TO INTERVENE

David Heindel declares under the penalty of perjury the following:

1.       My name is David Heindel.  I am president of the Maritime Trades Department of the AFL-CIO ("MTD").  I also serve as president of the Seafarers International Union of North America ("SIU"), an affiliate member of MTD.  I have been an active member of maritime organized labor for 52 years.   I am over the age of eighteen years, have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.       The American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO") is the largest labor organization in the United States, representing 15 million individuals in 69 labor unions.  MTD was formally established in 1946 after the conclusion of World War II.  A constitutionally mandated department of the AFL-CIO, the MTD has a special interest in preserving a robust U.S. maritime industry by promoting a comprehensive legislative agenda and in educating Congress, the administration, the international community and the American public about the benefits of this vitally important industry.   The MTD is a network  of 25 affiliate

DECLARATION OF DAVID HEINDEL – 1

unions, including unions that are directly involved in the maritime industry like the SIU, representing seagoing mariners; the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, representing shipyard workers; the International Longshoremen's Association, representing maritime dock workers; the Marine Engineers' Beneficial Organization, representing seagoing engineers on vessels; and other unions indirectly related to the maritime industry.  MTD Port Councils have been established across the United States in Alabama, California, Florida, Hawaii, Illinois, Louisiana, Maryland, Massachusetts, Michigan, Missouri, New York/New Jersey, Ohio, Pennsylvania, Puerto Rico, Texas, Virginia, Washington State, and Canada.

3. From its inception, MTD has supported the Jones Act to make sure American goods are carried aboard U.S.-flag ships, crewed by American mariners and built in domestic yards. Passed as part of the Merchant Marine Act of 1920, the Jones Act states that cargo carried from one domestic port to another domestic port must be aboard a U.S.-owned, U.S.-built, U.S.-flag, U.S.-crewed vessel.  This principle of "cabotage" has been part of our nation's heritage since its founding.

4. MTD remains one of the staunchest and most vocal defenders of the Jones Act.  MTD's advocacy for the Jones Act has been multifaceted, ranging from education and outreach, to building coalitions with groups like the American Maritime Partnership and U.S. shipbuilders, to mobilizing its member unions to actively campaign in support of the law.  In many ways, MTD's advocacy on behalf of the Jones Act is core to its mission of protecting American maritime labor. Indeed, the MTD has provided substantial support to some of organized labor's most important legislative and organizing efforts.  Over the past several decades, MTD has helped promote the enactment of historic pieces of legislation like the Cargo Preference Act of 1954, the Merchant

DECLARATION OF DAVID HEINDEL – 2

Marine Act of 1970 and the Maritime Security Act of 1995, all of which have helped ensure the continuation of a strong U.S. maritime industry.

5.      MTD is proud to represent a diverse group of maritime unions. The creation and expansion of these unions have contributed to the nation's supply of qualified and credentialed U.S. crewmembers that are available to crew U.S. vessels for national defense or in a time of national emergency. MTD is proud of its American legacy and its contributions to a strong U.S. maritime industry.

6.      If a court were to strike down the Jones Act as unconstitutional, MTD and its members would be harmed in numerous ways. MTD represents workers across dozens of maritime-related unions. Without the Jones Act, foreign-flag vessels with cheap foreign labor could dominate domestic shipping. U.S. credentialed mariners represented by MTD could lose jobs to foreign crews that do not have the same credentials, and unionized U.S. maritime jobs could be lost or significantly reduced. This outcome would be detrimental to MTD and its members, which is precisely why we have fought to uphold the Jones Act for nearly 80 years. Based on my experience with MTD and being deeply engaged in the U.S. maritime industry, it is my understanding that these foreign-flag vessels are not required to comply with all U.S. laws, are often built with substantial foreign subsidies and using cheap foreign labor, and pay their mariner crews third-world wages. It is also my understanding that these foreign vessels often operate under forty-three so-called "flags of convenience" that allow them to conduct their business under the jurisdictions of countries like Panama, Togo and Vanuatu with lax legal and regulatory regimes. The Jones Act currently bars those vessels and their crews from the U.S. coastwise trade. Dispensing with the Jones Act would allow these foreign-flag vessels with their foreign crews to provide waterborne transportation all over the United States, decimate the U.S.

DECLARATION OF DAVID HEINDEL – 3

maritime industry, jeopardize the continued existence of a strong pool of U.S.-credentialed mariners available to crew U.S. vessels in time of war or national emergency, and very likely reduce MTD's membership.

7. As a department of the AFL-CIO with 25 affiliate unions, MTD has distinct interests in this litigation that are not adequately represented by the existing parties, including the federal government or Matson Navigation Company. The federal government's broad public interests in the Jones Act are distinct from the narrower interests of MTD and its members in promoting U.S. maritime labor. Similarly, Matson Navigation Company operates Jones Act-qualified vessels and does not represent the mariners who crew those vessels.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED on May 20, 2025.

By: _____
David Heindel

DECLARATION OF DAVID HEINDEL – 4