IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KŌLOA RUM COMPANY,<br><br>                              Plaintiff,<br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection,<br><br>                              Defendants. | Case No. 1:25-cv-00554-JEB |

**[PROPOSED] ORDER GRANTING AMERICAN MARITIME PARTNERSHIP AND MARITIME TRADES DEPARTMENT OF THE AFL-CIO'S JOINT MOTION TO INTERVENE IN SUPPORT OF DEFENDANTS**

Having considered American Maritime Partnership ("AMP") and Maritime Trades Department of the AFL-CIO's ("MTD") joint motion to intervene in support of Defendants, and any opposition thereto, it is hereby **ORDERED** that:

1. AMP and MTD meet the requirements to intervene under Federal Rule of Civil Procedure 24(a) or 24(b), and have established standing under Article III of the Constitution for the reasons given in the motion and supporting declarations.

2. The joint motion of AMP and MTD to intervene in support of Defendants is therefore **GRANTED**.

**SO ORDERED.**

ENTERED this _____ day of_____, 2025.

<br>

                                                                                               _____
                                                                                               HON. JAMES E. BOASBERG
                                                                                               United States District Judge

**LOCAL RULE 7(K) LIST OF PERSONS TO BE NOTIFIED OF ENTRY OF PROPOSED ORDER GRANTING THE MOTION OF AMP AND MTD TO INTERVENE IN SUPPORT OF DEFENDANTS**

Pursuant to LCvR 7(k), the following persons are entitled to be notified of entry of the foregoing Proposed Order:

> Anastasia P. Boden
> Joshua Polk
> Joshua P. Thompson
> PACIFIC LEGAL FOUNDATION
> 555 Capitol Mall
> Suite 1290
> Sacramento, CA 95814-4605
> 916-419-7111
> ABoden@pacificlegal.org
> jpolk@pacificlegal.org
> jthompson@pacificlegal.org
>
> *Counsel for Plaintiff Koloa Rum Company*

> Robert W. Meyer
> U.S. DEPARTMENT OF JUSTICE
> Civil Division, Federal Programs Branch
> 1100 L Street NW
> Washington, DC 20005
> 202-305-0872
> robert.w.meyer@usdoj.gov
>
> *Counsel for Defendants Kristi Noem and Pete R. Flores*

> J. Timothy Hobbs (DC Bar # 976470)
> Tim.Hobbs@klgates.com
> 501 Commerce Street, Suite 1500
> Nashville, TN 37203
> Telephone: (615) 514-1811
> Facsimile: (206) 623-7022
>
> Varu Chilakamarri (DC Bar # 90023656)
> Varu.Chilakamarri@klgates.com
> 1601 K Street NW

Washington, DC 20006
Telephone: (202) 778-9165
Facsimile: (202) 778-9100

*Counsel for American Maritime Partnership
and Maritime Trades Department, AFL-CIO*