IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOLOA RUM COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,<br><br>    Defendants,<br><br>  and<br><br>MATSON NAVIGATION COMPANY, INC.; AMERICAN MARITIME PARTNERSHIP; and MARITIME TRADES DEPARTMENT OF THE AFL-CIO,<br><br>    Intervenor-Defendants. | Case No. 1:25-cv-00554-JEB |

**NOTICE OF MOTION OF MATSON NAVIGATION COMPANY, INC.
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b) and (c), Matson Navigation Company, Inc. ("Matson") respectfully moves to dismiss with prejudice Plaintiff's first amended complaint or for judgment on the pleadings in the above-captioned case. Matson submits the accompanying memorandum and proposed order in support of this Motion.

Matson respectfully requests that oral argument on this motion be held on a date and time designated by the Court.

Dated: July 30, 2025			Respectfully submitted,

/s/ Miguel A. Estrada
Miguel A. Estrada (DC Bar No. 456289)
Lucas C. Townsend (DC Bar No. 1000024)
Amalia Reiss (DC Bar No. 241775)
Eric Brooks* (DC Bar No. 1660507)
Noah J. Delwiche (DC Bar No. 90027464)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
MEstrada@gibsondunn.com
LTownsend@gibsondunn.com
AReiss@gibsondunn.com
EBrooks2@gibsondunn.com
NDelwiche@gibsondunn.com

*Application for admission pending

Rachel S. Brass (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200
RBrass@gibsondunn.com

*Counsel for Intervenor-Defendant*
*Matson Navigation Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I caused a copy of the foregoing document to be served on all parties through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　*/s/ Miguel A. Estrada*
　　　　　　　　　　　　　　　　　　Miguel A. Estrada (DC Bar No. 456289)