UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KŌLOA RUM COMPANY,

    Plaintiff,

    v.

KRISTI NOEM, Secretary of Homeland Security, *et al.*,

    Defendants,

MATSON NAVIGATION COMPANY, Inc.,

    Defendant-Intervenor,

    and

AMERICAN MARITIME PARTNERSHIP, *et al.*,

    Defendant-Intervenors.

Civil Action No. 25-554 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The [42], [43], and [44] Motions to Dismiss are GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

    /s/ *James E. Boasberg*
    JAMES E. BOASBERG
    Chief Judge

Date: January 20, 2026